# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| KHADIJA LAURENS, | : |
| Plaintiff, | : Civil Action No. 18-cv-8798 (JXN) (JRA) |
| v. | : |
| VOLVO CARS OF NORTH AMERICA LLC, | : **ORDER** |
| Defendant. | : |

**NEALS**, District Judge:

    **THIS MATTER** comes before the Court upon the filing of three motions: 1) Plaintiff Khadija Lauren's ("Plaintiff") renewed motion to certify class [ECF No. 168]; 2) Defendant Volvo Car USA, LLC's ("VCUSA" or "Defendant") motion to strike the expert declaration of Charles Lawson [ECF No. 173]; and 3) Defendant's motion for summary judgment pursuant to Federal Rule of Civil Procedure 56 [ECF No. 191].[1] Plaintiff filed opposition to Defendant's summary judgment motion [ECF. No. 198], to which Defendant replied [ECF No. 200]. This Court has jurisdiction over the parties and the subject matter of this proceeding pursuant to 28 U.S.C. § 1332(d)(2). Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(1). After carefully considering the parties' written and oral arguments, for the reasons stated in the accompanying Opinion,

    **IT IS** on this 6th day of February, 2023,

    **ORDERED** that Defendant's motion for summary judgment [ECF No. 191] is **GRANTED**; and it is further

---

[1] The unredacted version of Defendant's summary judgment motion papers are located on the docket at ECF No. 192.

**ORDERED** that Plaintiff's renewed motion to certify class [ECF No. 168] and Defendant's motion to strike [ECF No. 173] are **DENIED as moot**; and it is further

**ORDERED** that the Clerk of Court shall mark this matter as **CLOSED**.

s/ Julien Xavier Neals
**JULIEN XAVIER NEALS**
UNITED STATES DISTRICT JUDGE
