# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| XAVIER LAURENS and KHADIJA LAURENS, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>　v.<br><br>VOLVO CARS OF NORTH AMERICA, LLC, a Delaware limited liability corporation, and VOLVO CAR USA, LLC, a Delaware limited liability corporation,<br><br>　　　　Defendant. | Case No. 2:18-cv-08798<br><br>Hon. Julian Xavier Neals<br><br>Hon. Jose R. Almonte |

## NOTICE OF APPEAL

NOTICE IS GIVEN that Khadija Laurens, Plaintiff in the above captioned matter, hereby appeals to the United States Court of Appeals for the Third Circuit from the February 6, 2023 Order and Opinion [ECF No. 215 & 216] entering Final Summary Judgment in favor of Defendant Volvo Car USA, LLC.

　　　　　　　　　　　　　　　　Dated: March 8, 2023

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By: */s/ Ross Schmierer*
　　　　　　　　　　　　　　　　Ross Schmierer, Esq.

　　　　　　　　　　　　　　　　KAZEROUNI LAW GROUP, APC
　　　　　　　　　　　　　　　　3000 Atrium Way
　　　　　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　　　　　Mt. Laurel, New Jersey
　　　　　　　　　　　　　　　　Tel: 1-800-400-6808

Ross Schmierer, Esq.
Email: ross@kazlg.com
*Attorneys for Plaintiff*