# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-1441

Xavier Laurens, et al v. Volvo Cars North America, et al

(U.S. District Court No.: 2-18-cv-08798)

## ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:    April 20, 2023
LMR/cc:   Oliver K. Beiersdorf, Esq.
Ross H. Schmierer, Esq.
Mr. William T. Walsh,

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate